**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DENNIS WARDELL CURRY,**

 **Plaintiff,**

vs.                                                       **Case No. 4:12cv276-SPM/WCS**

**LT. J. LOGAN, et al.,**

 **Defendants.**

_____/

**REPORT AND RECOMMENDATION**

 In an order filed July 20, 2012, Plaintiff was directed to file an amended complaint by August 20, 2012. Doc. 8. On July 26, 2012, Plaintiff's copy of that order was returned to the Clerk's office marked "This inmate is at an outside Court. We are unsure of his return." Doc. 9. A check with the Department of Corrections web site confirms that the Plaintiff is "out of Dept. Custody by Court Order." To date, Plaintiff has not notified the court of a new address.

 Plaintiff's last submission to the court was his original complaint filed on June 7, 2012. Doc. 1. It is Plaintiff's responsibility to prosecute his own lawsuit and to keep this court apprised of his current address. As the last document filed by Plaintiff was three

months ago, and he has not notified this court of any change of address, this case should be dismissed for want of prosecution.

When, in a civil action, it appears that no activity has occurred for a period of three months or more, the court normally enters an order to show cause why the case should not be dismissed. However, since Plaintiff has not furnished the court with a new address, it is doubtful that he will even receive a copy of this Report and Recommendation. In the event the Plaintiff does receive a copy of this Report and Recommendation, the court will allow him an opportunity to show cause why this Report and Recommendation should be vacated. If Plaintiff's copy of the Report and Recommendation is again returned undelivered, the Clerk shall forward the Report and Recommendation to the assigned district judge.

It is therefore **RECOMMENDED** that this case be **DISMISSED WITHOUT PREJUDICE.**

**IN CHAMBERS** at Tallahassee, Florida, this 7th day of September, 2012.

s/ Charles A. Stampelos
CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**