IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DENNIS WARDELL CURRY,

    Plaintiff,

v.                            CASE NO.: 4:12cv276-SPM/CAS

LT. J. LOGAN, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 10) dated September 7, 2012. Plaintiff has been afforded an opportunity to file objections. No objections were filed. Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the Report and Recommendation is correct and should be adopted. Accordingly, it is

    ORDERED AND ADJUDGED:

    1.    The Magistrate Judge's Report and Recommendation (doc. 10) is **adopted** and incorporated by reference in this order.

    2.    This case is dismissed without prejudice.

3.     The Clerk shall close this case

DONE AND ORDERED this 12th day of October, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge